STATE OF NEW JERSEY v. ROBERT FARLOW.

February 23, 1981.

Petition for certification denied.   (See 176 N.J.Super. 548)

STATE OF NEW JERSEY v. GREGORY MELVINS.

February 23, 1981.

Petition for certification denied.

WILLINGBORO BOARD OF EDUCATION v. WILLINGBORO
EDUCATION ASSOCIATION.

February 23, 1981.

Petition for certification denied.

THOMAS W. GALLAGHER v. ROCCO PACE.

February 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO FERRARA.

February 23, 1981.

Petition for certification denied.